## 𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉.

### TYLER, CLERK OF CIRCUIT COURT V. GARRISON.

#### March 20, 1917.

1. APPEAL AND ERROR—*In Forma Pauperis.*—Section 3538, Code of
1904, provides that, "a poor person may be allowed by a court
to sue or defend a suit therein, without paying fees or costs;
whereupon he shall have, from any counsel whom the court
may assign him, and from all officers, all needful services and
process, without any fees to them therefor, except what may
be included in the costs recovered from the opposite party."
*Held:* That this section does not apply to appellate proceedings.

Error to an order of the Circuit Court of Prince William
county, on a motion against George G. Tyler, clerk of court.
Judgment for movant.  Defendant assigns error.

*Reversed.*

*R. A. Hutchison,* for plaintiff in error.

*Bryan Gordon, C. E. Nicol,* for defendant in error.

PER CURIAM:

This day came again the parties, by counsel, and the court
having maturely considered the transcript of the record of
the judgment aforesaid and argument of counsel, is of
opinion that section 3538 of the Code of Virginia does not
apply to appellate proceedings.  It is therefore considered
that the judgment complained of be reversed and annulled,
and that the plaintiff in error recover of the defendant in
error his costs by him expended about the prosecution of his
writ of error and supersedeas aforesaid here.

And this court proceeding to enter such judgment as the said circuit court ought to have entered it is further considered that the plaintiff take nothing by his petition, and that the defendant go thereof without day and recover of the plaintiff his costs by him expended about his defense in the said circuit court.

Which is ordered to be certified to the said circuit court of Prince William county.

*Reversed.*